SILVA V STATE

NO. 07-01-0113-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 28, 2001

______________________________

LUIS GABRIEL SILVA

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE COUNTY COURT OF CASTRO COUNTY;

NO. 12,266; HON. IRENE MILLER, PRESIDING

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Luis Gabriel Silva appeals a conviction for driving while intoxicated, a class B misdemeanor.
  The conviction was based upon his plea of guilty and a plea bargain with the State.  Furthermore, the sentence levied by the court fell within the parameters of the plea bargain.  We dismiss the appeal for want of jurisdiction.

Appellant attempted to perfect his appeal through a general notice of appeal.  Because he pled guilty and filed a general notice of appeal and because the sentence assessed by the court did not exceed the parameters of the plea bargain, we have no jurisdiction to entertain the proceeding.  
Cooper v. State
, 45 S.W.3d 77 (
Tex. Crim. App. 2001
).   

Accordingly, the appeal is dismissed, and the pending motion to continue to allow counsel to “further investigate this case” is denied as moot.

Brian Quinn

   Justice

Do Not Publish.